## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## BILLINGS DIVISION

| | |
|---|---|
| TANA SHIVELY, as personal representative of the Estate of Owen Daniel Shively, | Case No. CV-20-120-BLG-SPW |
| Plaintiff, | **ORDER** |
| v. | |
| CANYON CREEK MEMORY CARE COMMUNITY, LLC, | |
| Defendant. | |

This matter comes before the Court on Plaintiff Tana Shively's Joint Motion Regarding Trial Exhibit Numbering. (Doc. 37). Counsel for Plaintiff and Defendant request "that if a particular exhibit has a different deposition identification number, that number be included in the description of the exhibit on the parties' master list of exhibits." (*Id.* at 2). The parties request this modification to avoid confusion over duplicate exhibit numbers. The Court takes no issue with this modification.

IT IS HEREBY ORDERED that Plaintiff Tana Shively's Joint Motion (Doc. 37) is GRANTED.

The Clerk of Court is directed to notify the parties of the making of this Order.

DATED this ____ day of December, 2021.

SUSAN P. WATTERS
United States District Court Judge