IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| TANA SHIVELY, individually and as personal representative of the Estate of Owen Daniel Shively,<br><br>Plaintiff,<br><br>vs.<br><br>BILLINGS PARTNERS, LLC, d/b/a CANYON CREEK MEMORY CARE,<br><br>Defendant. | Case No: 1:20-cv-00120-SPW<br><br>**ORDER TO ALLOW WITNESS KATHRYN POPPY TO APPEAR BY ZOOM** |

Upon the Plaintiff's Unopposed Motion to Allow Witness Kathryn Poppy to Appear by Zoom (Doc. 65), and for good cause appearing,

**IT IS HEREBY ORDERED** that the Plaintiff's witness, Kathryn Poppy, shall appear and testify via Zoom at the trial scheduled to start January 24, 2022. The Zoom conferencing information will be e-mailed to Torger Oaas from chambers on Friday, January 21, 2022. It is counsel's responsibility to provide Kathryn Poppy with the Zoom conferencing information.

DATED this 7th day of January, 2022.

SUSAN P. WATTERS
U. S. DISTRICT JUDGE

-1-