IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| TANA SHIVELY, individually and as personal representative of the Estate of Owen Daniel Shively,<br><br>Plaintiff,<br><br>vs.<br><br>CANYON CREEK MEMORY CARE COMMUNITY, LLC,<br><br>Defendant. | Case No: 1:20-cv-00120-SPW<br><br>**ORDER TO ALLOW WITNESS COURTNEY SPENCE, MD TO APPEAR BY ZOOM** |

Upon Defendant's Unopposed Motion to Allow Witness Courtney Spence, MD to Appear by Zoom (Doc. 67), and for good cause appearing,

**IT IS HEREBY ORDERED** that the Defendant's witness, Courtney Spence, MD, shall appear and testify via Zoom at the trial scheduled to start January 24, 2022. The Zoom conferencing information will be e-mailed to Oliver Goe from chambers on Friday, January 21, 2022. It is counsel's responsibility to provide Courtney Spence, MD with the Zoom conferencing information.

DATED this 10th day of January, 2022.

_Susan P. Watters_
SUSAN P. WATTERS
U. S. DISTRICT JUDGE

-1-