

**FILED**

JAN 1 8 2022

Clerk, U S District Court
District Of Montana
Billings

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| TANA SHIVELY, individually and as personal representative of the Estate of Owen Daniel Shively,<br><br>Plaintiff,<br><br>vs.<br><br>CANYON CREEK MEMORY CARE COMMUNITY, LLC,<br><br>Defendant. | Case No: 1:20-cv-00120-SPW<br><br>**ORDER** |

IT IS HEREBY ORDERED that all parties in the trial of the above matter, including counsel, jurors, court staff and spectators, shall be required to wear a mask upon entering the James F. Battin U.S. Courthouse through the voir dire process, which is set to begin on Monday, January 24, 2022 at 9:00 a.m. The Clerk of Court is directed to notify counsel and the Court Security Officers of the making of this Order.

DATED this _18th_ day of January, 2022.

_Susan P. Watters_
SUSAN P. WATTERS
U. S. DISTRICT JUDGE

-1-