UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| TANA SHIVELY, *individually and as personal representative of the Estate of Owen Daniel Shively*,<br><br>Plaintiff,<br><br>vs.<br><br>CANYON CREEK MEMORY CARE COMMUNITY, LLC,<br><br>Defendant. | CV-20-120-BLG-SPW<br><br>ORDER |

IT IS HEREBY ORDERED that the Clerk of Court may provide meals for the jurors during their deliberations in the above-entitled case.

DATED this 24th day of January, 2022.

*/s/ Susan P. Watters*
Honorable Susan P. Watters
United States District Judge