UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| TANA SHIVELY, individually and as personal representative of the Estate of Owen Daniel Shively<br><br>Plaintiff,<br><br>vs.<br><br>CANYON CREEK MEMORY CARE COMMUNITY, LLC ,<br><br>Defendant. | Case No. CV-20-120-BLG-SPW<br><br>JUDGMENT IN A CIVIL CASE |

**X**   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record.  A decision has been rendered.

JUDGMENT ENTERED IN FAVOR OF
PLAINTIFF TANA SHIVELY , individually and as personal representative of the Estate of Owen DaniEL Shively AGAINST DEFENDANT CANYON CREEK MEMORY CARE COMMUNITY, LLC.
Damages awarded in the amount $310,00.00

Dated this 28th day of January, 2022.



TYLER P. GILMAN, CLERK

By: /s/ A. Carrillo
Deputy Clerk